**Opinion issued October 29, 2020 withdrawn; Order filed December 17, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00479-CV
_____

## IN THE INTEREST OF K.J.R. A/K/A K.R. AND K.J.R., CHILDREN

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2019-02125J**

---

## ORDER

This court has not received sufficient assurance that appellant received a copy of the *Anders* brief filed in this appeal in compliance with *Anders v. California*, 386 U.S. 738 (1967). We have issued three orders requiring counsel to provide this court with a copy of the certified mail return receipt that counsel received when she mailed appellant a copy of the brief in this matter. Rather than comply with those orders, counsel sent a transmittal letter with appellant's address redacted.

Because we have not received sufficient assurance that appellant received a copy of the *Anders* brief filed in this appeal, we are withdrawing the opinion and judgment issued on October 29, 2020 and further order the trial court to conduct a hearing with appellant, counsel for appellant, and counsel for the department present to determine whether appellant received a copy of the *Anders* brief filed by

counsel and if appellant did not receive a copy, whether the trial court should appoint new counsel on appeal. The trial court shall see that a record of the hearing is made, shall make findings of fact, and shall order the trial clerk to forward a transcribed record of the hearing, and a supplemental clerk's record containing the findings. Those records shall be filed with the clerk of this court on or before **January 8, 2021.**

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.